**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medtronic, Inc.   v.   NuVasive, Inc.

No. 14-1722

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for:  Medtronic, Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
✓ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name:             Stephen Edward Belisle
Law firm:         Fitzpatrick, Cella, Harper & Scinto
Address:          975 F Street, N.W.
City, State and ZIP:  Washington, D.C. 20004
Telephone:        (202) 721-5434
Fax #:            (202) 530-1055
E-mail address:   SBelisle@fchs.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 02/16/2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 28, 2014                          /s/ Stephen E. Belisle
        Date                          Signature of pro se or counsel

cc: Counsel of record (by e-mail)

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 28, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| | |
|---|---|
| Stephen E. Belisle | /s/ Stephen E. Belisle |
| Name of Counsel | Signature of Counsel |

Law Firm: Fitzpatrick, Cella, Harper & Scinto
Address: 975 F Street, N.W.
City, State, ZIP: Washington, D.C. 20004
Telephone Number: (202) 721-5434
FAX Number: (202) 530-1055
E-mail Address: SBelisle@fchs.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.